UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL ANTHONY LORUSSO,

    Plaintiff,

v.                            Case No. 8:22-cv-2450-KKM-MRM

BOB GUALTIERI,

    Defendant.
_____

## ORDER

Plaintiff has failed to file an amended complaint in accordance with the Court's order directing him to do so by November 9, 2022 (Doc. 7) and has failed to show good cause for this failure despite a warning from the Court that failure to file an amended complaint would result in dismissal. (Doc. 7.) Mr. LoRusso's lack of diligence in the prosecution of his claims and refusal to comply with court orders is a clear pattern of delay that warrants dismissal.

Accordingly, it is **ORDERED**:

(1) This action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute and to comply with the Court's orders.

(2) The Clerk is directed to terminate any pending motions or deadlines, enter judgment in favor of Defendants, and close this case.

ORDERED in Tampa, Florida, on November 10, 2022.

**TOM BARBER**
**UNITED STATES DISTRICT JUDGE**